```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANDY CHOY SAEPHAN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   CR.S. 07-460-EJG
                                  )
12                 Plaintiff,     )
                                  )   STIPULATION AND ORDER TO
13       v.                       )   EXTEND AND EXCLUDE TIME
                                  )
14  ANDY CHOY SAEPHAN,            )   DATE: July 11, 2008
                                  )   Time: 10:00 a.m.
15                 Defendant.     )   Judge: Edward J. Garcia
    _____ )
16
```

Defendant ANDY CHOY SAEPHAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, PHILLIP A. TALBERT, Assistant United States Attorney, hereby stipulate that the judgment and sentencing set for June 13, 2008 be rescheduled for Friday, July 11, 2008 at 10:00 a.m.

The following will be the new schedule for disclosure of the Presentence Report:

```
Counsel's Written Objections to the
Presentence Report shall be due no
Later Than . . . . . . . . . . . . . . . . . . . . June 20, 2008

The Presentence Report Shall be Filed with
the Court and Disclosed to Counsel no
Later Than . . . . . . . . . . . . . . . . . . . . June 27, 2008
```

```
       Motion for Correction of the Presentence Report
       Shall be Filed with the Court and Served on the
       Probation Officer and Opposing Counsel
       no Later Than  . . . . . . . . . . . . . . . . July 3, 2008
```

This continuance is being requested because defense counsel requires additional time to review the report with the defendant and prepare objections.

DATED: May 22, 2008

                                              Respectfully Submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Dennis S. Waks
                                              DENNIS S. WAKS
                                              Supervising Assistant Federal Defender for Defendant
                                              ANDY CHOY SAEPHAN

DATED:  May 22, 2008                    McGREGOR W. SCOTT
                                              United States Attorney

                                              /s/  Dennis S. Waks for
                                              PHILLIP A. TALBERT
                                              Assistant U.S. Attorney

## **O R D E R**

SO ORDERED.

Dated: June 2,  2008

                                              /s/ Edward J. Garcia
                                              EDWARD J. GARCIA
                                              United States District Court