DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDY CHOY SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 07-460-EJG |
| Plaintiff, | AMENDED STIPULATION AND ORDER FOR TEMPORARY RELEASE |
| v. | |
| DAVID THAM, et al., | Judge: Gregory G. Hollows |
| Defendants. | |

Defendant ANDY CHOY SAEPHAN, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, PHILLIP TALBERT, Assistant United States Attorney, hereby stipulate that ANDY CHOY SAEPHAN be temporarily released from custody on Wednesday, June 25, 2008, from approximately 11:00 a.m. until approximately 4:30 p.m., in order to attend his U.S. Citizenship Oath-taking Ceremony.  Mr. Saephan is currently in custody at the Sacramento County Jail awaiting sentencing; the matter is scheduled for Judgement and Sentencing on July 11, 2008.

Our office is in receipt of a letter requesting Mr. Saephan's appearance at his Oath-taking Ceremony on June 25,

2008.  *See* Attachment.  At this ceremony the Government will swear-in Mr. Saephan as a U.S. Citizen and he will receive his Citizenship Certificate.  Mr. Saephan's family began this year-long process, costing over $400.00, prior to his incarceration last September.  If Mr. Saephan is unable to appear at this Oath-taking Ceremony, no further action will be taken on his application and his family will probably forfeit the money and time expended.

    An investigator and law clerk from our office will pick up Mr. Saephan at the U.S. Marshal's Office in the courthouse, transport him to the Ceremony at 650 Capitol Mall, Sacramento, CA, and return him to the U.S. Marshal's Office immediately after the Ceremony.  The letter indicates the Ceremony will take approximately three (3) hours.  Mr. Saephan will remain in the custody of the investigator during the entire time of his release.  The investigator will keep strict control over Mr. Saephan at all times.

    This arrangement parallels that which was authorized by this court and successfully undertaken with no complications on June 4, 2008, when Mr. Saephan was permitted to personally apply for a U.S. Passport.  Our office inquired into the status of the Passport application this morning and received no information other than it is currently being processed.

    Our office contacted U.S. Pretrial Services Officer Steve Sheehan this morning.  He does not oppose Mr. Saephan's temporary release.  Our office also contacted U.S. Probation Officer Thomas Brown.  He also does not oppose Mr. Saephan's temporary release.

    For the above reasons, the defendant respectfully requests

that the Court allow this temporary release.

DATED: June 23, 2008

                                     Respectfully Submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Dennis S. Waks
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     ANDY CHOY SAEPHAN

DATED: June 23, 2008              McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/   Dennis S. Waks for
                                     PHILLIP TALBERT
                                     Assistant U.S. Attorney

**SO ORDERED.**

Dated: 06/24/08

                                     /s/ Gregory G. Hollows
                                     United States Magistrate Judge

tham.ord