```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANDY CHOY SAEPHAN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CR.S. 07-460-EJG
                                 )
12               Plaintiff,      )
                                 )   STIPULATION AND ORDER TO
13       v.                      )   EXTEND AND EXCLUDE TIME
                                 )
14  ANDY CHOY SAEPHAN,           )   DATE: August 15, 2008
                                 )   Time: 10:00 a.m.
15               Defendant.      )   Judge: Edward J. Garcia
    _____
16
```

17       Defendant ANDY CHOY SAEPHAN, by and through his counsel,

18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

19 United States Government, by and through its counsel, PHILLIP A.

20 TALBERT, Assistant United States Attorney, hereby stipulate that

21 the judgment and sentencing set for July 11, 2008 be rescheduled

22 for Friday, August 15, 2008 at 10:00 a.m.

23       This continuance is being requested because defense

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

counsel requires additional time to review the presentence report and discuss the report with the defendant.

DATED: July 9, 2008

          Respectfully Submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Dennis S. Waks
          DENNIS S. WAKS
          Supervising Assistant Federal
          Defender for Defendant
          ANDY CHOY SAEPHAN

DATED:  July 9, 2008          McGREGOR W. SCOTT
          United States Attorney

          /s/  Dennis S. Waks for
          PHILLIP A. TALBERT
          Assistant U.S. Attorney

**O R D E R**

SO ORDERED.

Dated: <u>July 9</u>,  2008


          /s/ Edward J. Garcia
          EDWARD J. GARCIA
          United States District Court